# United States Bankruptcy Court
## Middle District of Florida

In re  **TP Brands International Inc.**  
                                Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 10, 2025**　　　　　　　　/s/ Thomas J. Winter  
　　　　　　　　　　　　　　　　　　　　　　　　**Thomas J. Winter**/**President**  
　　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

4DS Logistics
585 Winsor Avenue
Secaucus, NJ 07094

Adam Wiener, Esq.
Mazzola Lindstrom LLP
1350 Avenue of The Americas
Second Floor
New York, NY 10019

Alprop-I, LLC
7978 Cooper Creek Boulevard
University Park, FL 34203

Andrade, Andrew B.
5843 Delor Street
Saint Louis, MO 63109-3108

Andrew J. Shaver, Esq.
Bradley Arant Boult, et al.
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

Anhui Hanhua Building
Materials Technology Co, Ltd
55 Fuxingmennei Dajiexicheng
District
Beijing 10032 China

Anji Tianchi Bamboo & Wood
Industry Co., Ltd.
Bldg. 2, Liujiatang Village
Shangshu Twnshp, Anji County
Zhejiang Province, China

Armstrong Transport Group
P.O. Box 735227
Dallas, TX 75373-5227

BBI Logistics
P.O. Box 970
Columbus, OH 43216

BDP International Inc.
P.O. Box 8500-2295
Philadelphia, PA 19178-2295

Bell International Limited
Unt. 1307, Beverley Comm Ctr

87-105 Chatham Road South
Tsim Sha Tsui
Kowloon, Hong Kong

Benderson Development
Attn: Leslie Just, Acct. Mgr
7978 Cooper Creek Blvd.
Suite 100
Bradenton, FL 34201

Benderson Development
570 Delaware Avenue
Buffalo, NY 14202

Benderson Development
Attn.:  Eric Francis, Esq.
7978 Cooper Creek Boulevard
Bradenton, FL 34201

Blue Cross Blue Shield of FL
P.O. Box 660879
Dallas, TX 75266-0879

Business Fitness
10532 N. Port Washington Rd.
Mequon, WI 53092

CBIZ
4211 W. Boy Scout Blvd.
Suite 650
Tampa, FL 33607

Chace Ruttenberg & Freedman
One Park Row
Providence, RI 02903

Chameleon Power, Inc.
42400 W. Nine Mile Rd.
Novi, MI 48375

Changzhou Huahang Packing
Materials Co.
No28, Zhaojia Road
Henglin Town, Changzhou City
Jinsu Province, China

Changzhou Jinhai Anti-Static
Floor Co.
Jefff GuoXuehu Road, #3
Xueyan Town

Changzou City, China

Commercial Collection
Consultants
18756 Stone Oak Parkway #200
San Antonio, TX 78258

Corcoran International Corp.
938 Rockaway Ave.
Valley Stream, NY 11581

Corcoran International Corp.
147-35 Farmers Blvd.
Suite 202
Jamaica, NY 11434

Courtesy Office Cleaning LLC
2620 Manatee Ave. W.
Bradenton, FL 34205

Dele Internat. Logistics Co.
Deji Plaza, Ste. C, 15th Fl.
188 Changjiang Road
Xuanwu District, Nanjing
Jiangsu Province, P.R. China

Delta Express
603 Canterbury Road
Kings Mountain, NC 28086

Doorley Agency, Inc.
17 Sixth Avenue
East Greenwich, RI 02818

Edwin G. Rice, Esq.
Bradley Arant Boult
Cummings LLP
1001 Water Street, Ste. 1000
Tampa, FL 33602-5468

Eng Joo Industries SDN BHD
Kawasan Perindustrian
Silc Iskander Puteri
79200 Johor
Malaysia

Estes Express Lines
P.O. Box 105160
Atlanta, GA 30348-5160

Estes Forwarding Worldwide
P.O. Box 28206
Richmond, VA 23260

Faegre Drinker Biddle &
Reath LLP
One Logan Square
Suite 2200
Philadelphia, PA 19103

Faegre Drinker Biddle &
Reath LLP
P.O. Box 536777
Pittsburgh, PA 15230-5909

Florida Dept. of Financial
Services
Revenue Processing Section
200 E. Gaines St.
Tallahassee, FL 32399-4216

Florida Power & Light
General Mail Facility
Miami, FL 33188

Graffiti Industrial Co.
Room 129-112
No. 136 Qinye Road
Changzhou
China

Henschel Sales Agency, Inc.
6800 Odell St.
Saint Louis, MO 63139

Henschel, Kevin
8415 Deerfield Street
Unit 306
Sarasota, FL 34243

Hoamy Cabinets Vietnam Co.
15, 16,17, 18 Parcel of Land
No. 678, Map No. 42
Bau Bang Quar., Lai Uyen Twn
Binh Duong Province, Vietnam

Horning's Supply, Inc.
23 Park Lane
Hegins, PA 17938

HW Distribution, LLC
Attn.:  Bobbi Jean Fasnacht
23 Park Lane
Hegins, PA 17938

Inspect Solutions, Inc.
2319 N. Andrews Avenue
Fort Lauderdale, FL 33311

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jiangsu Season International
Transportation Service Co
No 533 Tongjiang Road
Xinbei District, Changzhou
Jiangsu, China

Jufeng New Maerials Co. Ltd.
Lot N (N-1 Quang Chau
Commune, Viet Yen District
Bac Giang
Province, Vietnam

Ken Burton, Jr., Tax Collect
P.O. Box 25300
Bradenton, FL 34206

Lee & Crowley
423 W. Broadway
Suite 304
Boston, MA 02127-8000

Lionergy Group
Shanghai Ningbo
Shenzhen, Hong Kong

Loi Dat Advanced Materials
Co., Ltd.
E2 Street, E Area
Pho Noi Adinh Du
Vanlam Hung Yen, Vietnam

Loiselle & Company
5586 Post Rd.
Suite 202
East Greenwich, RI 02818

Loiselle, Edmond

5586 Post Road, Suite 202
East Greenwich, RI 02818

Lucas, Jamie
3077 Georgetown Road
Lancaster, SC 29720

Manatee County Utilities
3647 Cortez Road W.
Bradenton, FL 34210

Mark A. Nelson, Esq.
Mark A. Nelson, P.A.
2424 Manatee Ave. W
Suite 102
Bradenton, FL 34205

Morewood Cabinetry
1708 Nan Fung Tower
Hong Kong

Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

North East Payroll
Solutions Ltd.
5586 Post Road
Suite 202
East Greenwich, RI 02818

Oceanlink / Topair USA, Inc.
17316 Edwards Road
Suite B225
Cerritos, CA 90703

Oracle of America, Inc.
Bank of America
Lockbox Services
15612 Collections Center Dr.
Chicago, IL 60693

Ortiz, Brian
3327 W. Walnut Street
Tampa, FL 33607

Paradigm Technologies
31105 US Highway 19
Palm Harbor, FL 34684

Philosophy Home Limited
C1 Room 1708, Nan Fung Tower
173 Des Voeux Road
Central Hong Kong

PNC Bank, N.A.
701 32nd Street South
Birmingham, AL 35233

Professional Testing
Laboratory, Inc.
714 Glenwood Place
Dalton, GA 30721

Registered Agent Solutions,
Inc.
P.O. Box 7410517, Dept. 5021
Chicago, IL 60674-0517

Renninger, Rene M.
6321 113th Street
Apt. 1409
Seminole, FL 33772

Saia
P.O. Box A - Station 1
Houma, LA 70363

Santana, Hugo D.
3411 W. Tampa Bay Blvd.
Tampa, FL 33607

Shanghai Kunyi International
Logistics Co., Ltd.
Room A2-4227, 58 Fumin Rd.
Hengsa Township
Chongming District, Shanghai

Southern States Material
Handling
115 S. 78th Street
Tampa, FL 33619

State of Florida, Department
of Revenue
Sarasota Service Center
100 Paramount Dr., Ste. 200
Sarasota, FL 34232-6051

Sypreh Meshad Attorneys
1900 Ringling Boulevard
Sarasota, FL 34236

Thomas J. Winter
Box 160
228 E. Route 59
Nanuet, NY 10954

Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263-4558

Toyota Industries Commercial
Finance, Inc.
P.O. Box 9050
Dallas, TX 75019-9050

Toyota Industries Commercial
Finance
1501 North Plano Road
Suite 100
Richardson, TX 75081

Toyota Industries Commercial
Finance, Inc.
P.O. Box 660926
Dallas, TX 75266-0926

Trade Expeditors USA, Inc.
242 Old New Brunswick Road
Suite 145
Piscataway, NJ 08854

UL Verification Services
62045 Collections Center Dr.
Chicago, IL 60693-0620

UNID Ocean Transport, Inc.
9660 Flair Dr.
Suite 498
El Monte, CA 91731

US Customs and Border Patrol
1300 Pennsylvania Avenue
Suite 4.4-B
Washington, DC 20229

Winter, Ashley K.
92 Clesapeake Ave.

Tampa, FL 33606

Winter, Thomas J.
Box 160
228 E. Route 59
Nanuet, NY 10954

Woodpark Furniture
Vietnam Co.
Binh Kahn Commune
Tan Uyen District
Binh Duong Province, Vietnam

Yellow Corporation
10990 Roe Avenue
Overland Park, NJ 07105-3843