Fill in this information to identify the case:

Debtor name: **TP Brands International Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anhui Hanhua Building Materials Technology Co, Ltd 55 Fuxingmennei Dajiexicheng District Beijing 10032 China | jinhaipvcflooring2015@hotmail.com 805-639-6677 | Vendor | | | | $4,375,122.94 |
| BDP International Inc. P.O. Box 8500-2295 Philadelphia, PA 19178-2295 | Jessica Riviere jessica.riviere@bdpint.com 302 897-5208 | Vendor | | | | $1,235,501.12 |
| Shanghai Kunyi International Logistics Co., Ltd. Room A2-4227, 58 Fumin Rd. Hengsa Township Chongming District, Shanghai | 3639407110@qq.com 86-13772230872 | Vendor | | | | $1,100,000.00 |
| Anji Tianchi Bamboo & Wood Industry Co., Ltd. Bldg. 2, Liujiatang Village Shangshu Twnshp, Anji County Zhejiang Province, China | bill@tzbamboo.com 0086-572-5010507 | Vendor | | | | $1,031,861.40 |
| Woodpark Furniture Vietnam Co. Binh Kahn Commune Tan Uyen District Binh Duong Province, Vietnam | jinhaipvcflooring2015@hotmail.com 84-334-778-978 | Vendor | | | | $500,000.00 |

Debtor **TP Brands International Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Horning's Supply, Inc.<br>23 Park Lane<br>Hegins, PA 17938 | bobbijean@hornings-supply.com<br>570 682-6800 | Vendor | | | | $350,000.00 |
| Jiangsu Season International Transportation Service Co<br>No 533 Tongjiang Road<br>Xinbei District, Changzhou<br>Jiangsu, China | 13775052331 | Vendor | | | | $336,685.00 |
| Alprop-I, LLC<br>7978 Cooper Creek Boulevard<br>University Park, FL 34203 | larryfineberg@benderson.com<br>941 360-7249 | Past due rent | | | | $278,910.93 |
| Corcoran International Corp.<br>938 Rockaway Ave.<br>Valley Stream, NY 11581 | jeff@corcoran-intl.com<br>718 244-6203 | Vendor | | | | $192,335.83 |
| Lionergy Group<br>Shanghai Ningbo Shenzhen, Hong Kong | 13120980538 | Vendor | | | | $160,000.00 |
| Faegre Drinker Biddle & Reath LLP<br>One Logan Square Suite 2200<br>Philadelphia, PA 19103 | Brian Pickard, Esq.<br>brian.pickard@faegredrinker.com<br>215 988-2700 | Legal fees and expenses | | | | $111,971.84 |
| Oceanlink / Topair USA, Inc.<br>17316 Edwards Road<br>Suite B225<br>Cerritos, CA 90703 | tony@oceanlinktopairusa.com<br>562 210-8095 | Vendor | | | | $100,000.00 |
| Philosophy Home Limited<br>C1 Room 1708, Nan Fung Tower<br>173 Des Voeux Road Central Hong Kong | 62 85363833835 | Vendor | | | | $67,356.99 |
| 4DS Logistics<br>585 Winsor Avenue<br>Secaucus, NJ 07094 | 4dslogisticsllc@gmail.com<br>646 251-5687 | Vendor | | | | $42,927.59 |

| Debtor | TP Brands International Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bell International Limited<br>Unt. 1307, Beverley Comm Ctr<br>87-105 Chatham Road South<br>Tsim Sha Tsui<br>Kowloon, Hong Kong | 0086 15957272325 | Vendor | | | | $40,000.00 |
| BBI Logistics<br>P.O. Box 970<br>Columbus, OH 43216 | | Vendor | | | | $30,873.16 |
| Changzhou Huahang Packing Materials Co.<br>No28, Zhaojia Road<br>Henglin Town,<br>Changzhou City<br>Jinsu Province, China | 86-519-88727510-8008 | Vendor | | | | $25,000.00 |
| Dele Internat. Logistics Co.<br>Deji Plaza, Ste. C, 15th Fl.<br>188 Changjiang Road<br>Xuanwu District, Nanjing<br>Jiangsu Province, P.R. China | | Vendor | Contingent | | | $23,000.00 |
| UNID Ocean Transport, Inc.<br>9660 Flair Dr.<br>Suite 498<br>El Monte, CA 91731 | imp@unidocean.com<br>626 454-5100 | Vendor | Contingent | | | $23,000.00 |
| Delta Express<br>603 Canterbury Road<br>Kings Mountain, NC 28086 | maurice@deltaexpressinc.com<br>215 988-2905 | Vendor | | | | $15,000.00 |